| Gross Margins | Mean (Average) | 25th Percentile | Median (Mid-Point) | 75th Percentile | Your Store |
|---|---|---|---|---|---|
| New Course Books | 21.6% | 19.9% | 22.3% | 24.6% | |
| Custom Published Materials | 24.8% | 15.7% | 23.1% | 34.3% | |
| Used Course Books | 35.0% | 31.9% | 35.1% | 38.0% | |
| Course Technology | 19.3% | 9.2% | 17.6% | 24.4% | |
| TOTAL Course Materials | 26.1% | 23.6% | 26.4% | 28.8% | |
| | | | | | |
| Trade Books | 29.0% | 24.3% | 30.7% | 36.3% | |
| Professional Reference Books | 25.5% | 20.8% | 24.4% | 31.2% | |
| TOTAL General Books | 28.1% | 24.0% | 30.5% | 35.5% | |
| | | | | | |
| TOTAL BOOK SALES | 26.2% | 23.7% | 26.6% | 28.8% | |
| | | | | | |
| Computer Hardware | 9.3% | 3.5% | 8.5% | 11.2% | |
| Consumer Electronics | 24.9% | 20.2% | 25.9% | 30.4% | |
| Computer Software | 19.3% | 13.6% | 18.7% | 24.4% | |
| Digital / Computer Supplies | 25.0% | 18.9% | 25.8% | 32.0% | |
| TOTAL Digital Products | 16.1% | 10.6% | 14.5% | 23.7% | |
| | | | | | |
| School / Office Supplies | 36.8% | 31.0% | 38.0% | 43.1% | |
| Instructional Supplies | 34.0% | 27.0% | 35.5% | 41.0% | |
| TOTAL Supplies | 36.3% | 30.3% | 37.7% | 42.9% | |
| | | | | | |
| Insignia Apparel | 39.7% | 35.3% | 41.6% | 46.6% | |
| Non-insignia Apparel | 38.8% | 31.6% | 37.3% | 48.4% | |
| TOTAL Apparel | 39.3% | 34.5% | 41.4% | 46.6% | |
| | | | | | |
| Insignia Gifts | 39.3% | 35.9% | 42.8% | 48.3% | |
| Non-insignia Gifts | 36.1% | 32.1% | 41.8% | 46.9% | |
| TOTAL Gifts | 37.3% | 31.0% | 40.0% | 47.5% | |
| | | | | | |
| Food / Beverages | 34.4% | 29.3% | 34.0% | 38.6% | |
| Other Merchandise | 31.0% | 24.6% | 36.3% | 47.4% | |
| TOTAL General Merchandise | 36.7% | 28.9% | 35.4% | 43.7% | |
| | | | | | |
| TOTAL NON-BOOK SALES | 31.0% | 25.1% | 31.5% | 36.0% | |
| TOTAL NET SALES | 27.0% | 23.9% | 27.1% | 30.1% | |